NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1154

CARROL J. VINCENT

VERSUS

AMANDA MILLER, ET AL

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2001-3871
HONORABLE DAVID PAINTER, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of Ulysses G. Thibodeaux, Chief Judge, John D. Saunders, and Arthur J. Planchard,* Judges.

**AFFIRMED.**

Carrol J. Vincent
P. O. Box 985
Sulphur, LA 70663
(337) 842-2600
Pro Se Plaintiff/Appellant

Roger Burgess
Baggett, McCall, Burgess & Watson
P. O. Drawer 7820
Lake Charles, LA 70606-7820
(337) 478-8888
Counsel for: Defendants/Appellees
        Amanda Miller, et al

---

* Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore*.